November 21, 1973

Commonwealth *v* Arzonica, Appellant.

Submitted September 10, 1973. *Robert P. Grim*, for appellant; *Grant E. Wesner*, Deputy District Attorney, and *Robert L. VanHoove*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Calvert, Appellant.

Submitted April 9, 1973. *Richard Peter Krill*, Public Defender, for appellant; *C. Robert McCall*, and *W. Bertram Waychoff*, District Attorney, for Commonwealth, appellee.

Order affirmed.